Brian C. Shapiro
Attorney at Law: #192789
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, California 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing_office@msn.com

Attorneys for Plaintiff NATASHA AARON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATASHA AARON,<br><br>  Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant. | Case No.: 1:07-cv-1303 SMS<br><br>AMENDED STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d);<br><br>ORDER |

The parties hereby submit this amended stipulation for attorney fees as a result of a clerical error reflecting the incorrect amount in the original order. The clerical error has resulted in an inability to effectuate the court's order. The parties apologize for any inconvenience to the court.

IT IS HEREBY STIPULATED by and between Plaintiff NATASHA AARON ("Plaintiff") and Defendant Michael J. Astrue as the Commissioner of Social Security ("Defendant"), collectively as the "parties," through their undersigned attorneys, subject to the approval of the Court, that Brian C. Shapiro, as Plaintiff's counsel and assignee, be awarded attorney fees, costs and expenses under the EAJA in the amount of five thousand one hundred dollars ($5,100.00).

PDF created with pdfFactory trial version www.pdffactory.com

1  This amount represents compensation for all legal services rendered by Brian C.
2  Shapiro on behalf of Plaintiff in connection with this civil action, in accordance
3  with 28 U.S.C. § 2412(d).

4        The stipulation is entered into for the sole purpose of settling all disputed
5  claims regarding EAJA and avoiding the expenses and risks of litigation. This
6  stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
7  attorney fees, costs, and expenses.  This stipulation does not constitute an
8  admission of liability on the part of Defendant under the EAJA.  This stipulation
9  does not settle, or compromise the question of whether Brian C. Shapiro may be,
10 is, or should be the direct payee of an award of fees, costs, and expenses under the
11 EAJA in the absence or presence of an express or implied assignment of such an
12 award nor whether any such award is free from or subject to debts of Plaintiff, if
13 any, under the Debt Collection Act of 1996, 31 U.S.C. § 3716, or as to any issue
14 regarding the applicability of the Assignment of Claims Act, 31 U.S.C. § 3727.

15       Neither this agreement nor the substance herein shall, in full or in part, be
16 quoted, cited or referred to in any document filed in any case but the present one
17 and it shall not, in full or in part, be attached to any document filed in any case but
18 the present one.

19       Payment of five thousand one hundred dollars ($5,100.00) in EAJA attorney
20 fees, costs, and expenses to Brian C. Shapiro shall constitute a complete release
21 from and bar to any and all claims Plaintiff may have relating to EAJA fees in
22 connection.  Any payment shall be made payable to Plaintiff's counsel as
23 Plaintiff's assignee and delivered to Plaintiff's counsel.
24 ///
25 ///
26 ///

PDF created with pdfFactory trial version www.pdffactory.com

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

DATE: February 27, 2009     Respectfully submitted,

Law Offices of Lawrence D. Rohlfing

/s/ *Brian C. Shapiro*
BY: _____
Brian C. Shapiro
Attorney for plaintiff
NATASHA AARON

DATE:  February 24, 2009     McGREGOR W. SCOTT
United States Attorney

*/s/-Theophous Reagans*
BY: _____
THEOPHOUS H. REAGANS
Special Assistant United States Attorney
Attorneys for defendant MICHAEL J. ASTRUE
Commissioner of Social Security

[*Via email authorization on 2/24/09]

PDF created with pdfFactory trial version www.pdffactory.com

## AMENDED ORDER

**IT IS ORDERED** that counsel for Plaintiff is awarded attorney fees and costs pursuant to the Equal Access to Justice Act ("EAJA") in the amount FIVE THOUSAND ONE HUNDRED DOLLARS and no/100's ($5,100.00), as authorized by 28 U.S.C. 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: 2/25/2009

/s/ Sandra M. Snyder
SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com